# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AMERICAN ELECTRONIC
MONITORING, LLC

NO. 2023 KW 1247

**MARCH 1, 2024**

---

In Re:    American Electronic Monitoring, LLC, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 22-WFLN-238.

---

BEFORE:    **WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT GRANTED.**  The conduct alleged against the defendant does not provide a legal basis for the offense charged.  See **State v. DeJesus**, 94-0261 (La. 9/16/94), 642 So.2d 854, 855 (*per curiam*). Furthermore, if it appears that the offense charged was not committed by the defendant, the trial court may order the indictment quashed, and it may indeed be reversible error to fail to do so. La. Code Crim. P. arts. 485, 532(A)(4); **State v. Robinson**, 2020-01389 (La. 3/9/21), 312 So.3d 255, 256 (*per curiam*).  Accordingly, the district court erred by not ordering the bill of information quashed.  The ruling denying the motion to quash is reversed, the motion is granted, and this matter is remanded to the district court for further proceedings.

                                             EW
                                             TPS

      Welch, J., concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT